**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOSUE ROMERO on behalf of himself and all others similarly situated,

        Plaintiffs,

-against-

SAFELITE GROUP, INC.,

        Defendant.



Case No: 1:20-cv-08536-GBD

**STIPULATION OF DISMISSAL WITH PREJUDICE**

SO ORDERED:

_/s/ George B. Daniels_
George B. Daniels, U.S.D.J.

Dated: NOV 2 9 2021

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Brooklyn, New York
           November 17, 2021

By: _____
Joseph H. Mizrahi, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Fl.
Brooklyn, New York 11201
joseph@cml.legal

*Attorneys for Plaintiff*

By: _____
Jennifer S Rusie, Esq.
Ogletree Deakins
401 Commerce Street, Suite 1200
Nashville, TN 37219
jennifer.rusie@odnss.com

*Attorneys for Defendant*